378 A.2d 859

**COMMONWEALTH of Pennsylvania**

v.

**Scott Eugene GRIFFIN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 27, 1977.

Decided Oct. 28, 1977.

Laurence T. Himes, Asst. Public Defender, York, for appellant.

Donald L. Reihart, Dist. Atty., Sheryl Ann Dorney, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM.

Judgment affirmed.